**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT RAPOZO, an individual;<br><br>Plaintiff,<br><br>v.<br>COUNTY OF SACRAMENTO, a municipal corporation; and DOES 1-50, inclusive.<br><br>Defendants. | Case: 2:25-cv-02881-DJC-CKD<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, “the Parties”) by and through their designated counsel, that:

WHEREAS, on **December 10, 2025**, this Court issued a scheduling order. (**ECF NO. 11**).

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

WHEREAS, the Parties have engaged in substantive written discovery, including Rule 34 Requests for Production of Documents and subpoenas to several third party medical providers.

WHEREAS, the Parties agree that this is a complex case involving significant medical issues that will likely require further subpoenas of medical records from medical facilities, the depositions of third-party medical treaters, and numerous jail medical staff in addition to Plaintiff. Accordingly, the Parties agree that it is in all Parties' best interests to amend the case scheduling order in order to facilitate the comprehensive fact discovery that this case requires.

WHEREAS, the Parties STIPULATE TO and JOINTLY REQUEST that this Court's initial scheduling order (**ECF NO.11**) be amended accordingly:

| | |
|---|---|
| Close of Fact Discovery: | ~~**September 4, 2026**~~ **March 4, 2027** |
| Expert Witness Disclosure: | ~~**October 2, 2026**~~ **April 5, 2027** |
| Rebuttal Expert Disclosure: | ~~**October 30, 2026**~~ **May 5, 2027** |
| Close of Expert Discovery: | ~~**November 27, 2026**~~ **July 6, 2027** |
| Dispositive Motion Filing: | ~~**February 5, 2027**~~ **August 5, 2027** |
| Dispositive Motion Hearing: | **September 23, 2027 at 1:30 PM** |
| Final Pretrial Conference: | ~~**July 15, 2027**~~ **November 4, 2027 at 1:30 PM** |
| Proposed Jury Trial: | ~~**September 13, 2027**~~ **January 10, 2028 at 8:30 AM** |

IT IS SO AGREED.

Dated: **August 26, 2026**

/s/ ***Ty Clarke***
**Ty Clarke**
Attorney for Plaintiff

Dated: **August 26, 2026**

*/s/* ***Ashley Calvillo***
**Ashley Calvillo**
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: August 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400